874

In the Matter of Inez Yancey, Respondent. New Chapel Baptist Church, Appellant.

Submitted February 23, 1954; decided March 12, 1954.

*Stephen Holden* for motions.

*Melvel W. Snitow* opposed to motion to dismiss appeal.

Motion to dismiss appeal denied, with $10 costs. Motion to compel the inclusion in the record on appeal of a complete copy of the " Report of Title Search ", denied without prejudice to the right of respondent on the argument to raise the question as to the sufficiency of the material included in the record, of which complaint is made upon this motion (see Cohen and Karger, Powers of the New York Court of Appeals, p. 680).